IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WILLIE GUIDRY, by and through his
conservator and guardian, Laurel A. Carrier,**

    **Plaintiff,**

v.                                                       No. CIV-06-0619 RLP/ACT

**SOCORRO COUNTY BOARD
OF COMMISSIONERS,**

    **Defendants.**

## ORDER
## ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION
## APPROVING SETTLEMENT BETWEEN THE PARTIES
## and
## DISMISSING PLAINTIFF'S CLAIMS WIT PREJUDICE

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge, filed on July 31, 2007, recommending approval of the settlement between Plaintiff, Will Guidry, by and through is conservator and guardian, Lauren A. Carrier, ("Guidry") and Defendant, Socorro County Board of Commissioners ("Commissioners"). [Docket No. 57]. Neither party has filed objections to the proposed findings and recommended disposition. The Court, having made a *de novo* review of the file,

    **FINDS**: That the proposed findings and recommended disposition of the United States Magistrate Judge should be adopted.

    **IT IS HEREBY ORDERED** that the settlement negotiated between the parties, as described in the Magistrate Judge's Proposed Findings and Recommended Disposition, is hereby approved.

    **IT IS FURTHER ORDERED** that is case is Dismissed with Prejudice, each party to bear their own costs.

**IT IS SO ORDERED**.

                                            /s/ Richard L. Puglisi
                                            RICHARD L. PUGLISI
                                            UNITED STATES MAGISTRATE JUDGE
                                                    (sitting by designation)